**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX TORSTORFF, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MYNARIC AG, MUSTAFA VEZIROGLU, and STEFAN BERNDT-VON BÜLOW,<br><br>Defendants. | **Case No. 1:24-cv-07602-KAM-CLP** |

**NOTICE OF ERRATA**

1

**TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD**

    **PLEASE TAKE NOTICE** that Plaintiff Alex Torstorff ("Plaintiff") hereby provides this notice of errata regarding the complaint filed on October 30, 2024.  Due to an inadvertent clerical error, the schedule of transactions appended to Plaintiff's shareholder certification (Dkt. No. 1 at *24) omitted one of Plaintiff's transactions in Mynaric AG securities during the class period. Attached hereto as Exhibit A is Plaintiff's certification appending a corrected schedule of transactions.

Dated:  October 31, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Attorneys for Plaintiff*