**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX TORSTORFF, Individually and On Behalf of All Others Similarly Situated, | **Case No. 1:24-cv-07602-KAM-CLP** |
| Plaintiff, | **CLASS ACTION** |
| v. | Hon. Kiyo A. Matsumoto<br>Hon. Cheryl L. Pollak |
| MYNARIC AG, MUSTAFA VEZIROGLU, and STEFAN BERNDT-VON BÜLOW, | |
| Defendants. | |

**LEAD PLAINTIFF'S UNOPPOSED**
**MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

PLEASE TAKE NOTICE that Lead Plaintiff Alex Torstoff moves, pursuant to Federal Rule of Civil Procedure 23 and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 *et seq.*, for (i) preliminary approval of the proposed Settlement set forth in the Parties' Stipulation and Agreement of Settlement dated April 21, 2025 (the "Stipulation"); (ii) approval of the form and manner of giving notice to Settlement Class Members of the proposed Settlement; and (iii) the setting of a Settlement Hearing and deadlines for dissemination of Notice, for Settlement Class Member objections and exclusion, for filing Lead Plaintiff's motion for Final Approval of the Settlement, and for filing Lead Counsel's application for an award of attorneys' fees, reimbursement of expenses and a compensatory award to Lead Plaintiff. This Motion is based upon the accompanying Lead Plaintiff's Memorandum of Law in Support of Unopposed Motion for Preliminary Approval of Settlement, the Stipulation and its exhibits, and all other papers herein.

1

Dated:  April 28, 2025

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Diego Martinez-Krippner*
Joshua B. Silverman (admitted *pro hac vice*)
Diego Martinez-Krippner (admitted *pro hac vice*)
10 South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
        dmartinezk@pomlaw.com

        *-and-*

Jeremy A. Lieberman
J. Alexander Hood II
Thomas H. Przybylowski
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        ahood@pomlaw.com
        tprzybylowski@pomlaw.com

*Lead Counsel for Lead Plaintiff Alex Torstorff*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
Email: peretz@bgandg.com

*Additional Counsel for Lead Plaintiff Alex Torstorff*

2

**CERTIFICATE OF SERVICE**

On April 28, 2025, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Diego Martinez-Krippner*
Diego Martinez-Krippner