**Exhibit A-2**

# PROOF OF CLAIM AND RELEASE FORM

## A. GENERAL INSTRUCTIONS & INFORMATION

1.    You are urged to read carefully the accompanying Notice of Pendency and Settlement of Class Action (the "Notice"). All capitalized terms used herein not otherwise defined herein shall have the same meaning as defined in the Notice.

2.    To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release form (the "Proof of Claim"). However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

3.    **You must mail your completed and signed Proof of Claim postmarked on or before _____, 2025, addressed to the Claims Administrator at:**

Mynaric AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

4.    If you are a Class Member and you do not timely request exclusion, you will be bound by the terms of any Judgment entered in the Action.

5.    If you are **not** a Class Member, **do not** submit a Proof of Claim.

6.    **If you need assistance filling out this Proof of Claim, please contact the Claims Administrator.**

## B. INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM

**Important additional information regarding the Settlement and this Proof of Claim is contained in the accompanying Notice. Please refer to the proposed Plan of Allocation set forth in the accompanying Notice for a detailed explanation of how an Authorized Claimant's Recognized Loss will be calculated.**

1.    In order to be eligible to participate in the distribution of the Net Settlement Fund, an Authorized Claimant must have purchased Mynaric AG ("Mynaric") American Depository Shares ("ADS") between June 20, 2024 and October 7, 2024, both dates inclusive (the "Class Period"), and otherwise be a Settlement Class Member as defined in the Notice.[1]

2.    The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3.    All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of shares of Mynaric ADS. If Mynaric ADS were owned jointly, all joint owners must complete and sign the Proof of Claim.

---

[1] For the avoidance of doubt, transactions in Mynaric ordinary shares **are not** part of this Settlement and cannot qualify a person to be a Settlement Class Member. Additionally, all current and former officers, directors, and management and supervisory board members of Mynaric, Defendants, and immediate family members of such persons are also excluded from the definition of Settlement Class Member.

<u>**Exhibit A-2**</u>

4.   Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.*, powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5.   You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, a custodial account, etc.  Joint tenants, co-owners or UGMA custodians should file a single claim.  Claimants who file one or more claims (*e.g.*, one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6.   NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may email the Claims Administrator's electronic filing department at info@strategicclaims.net.  Any file not submitted in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email after processing your file with your claim number(s) and respective account information.  Do not assume that your file has been received or processed until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@strategicclaims.net to inquire about your file and confirm it was received and acceptable.

7.   There will be no Recognized Loss attributed to any Mynaric securities other than Mynaric ADS.

8.   The date of purchase and/or sale of shares of Mynaric ADS is the "trade" date and not the "settlement" date.

9.   The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

10. Mynaric ADS originally sold short will have no Recognized Loss.

11. Exercise of option contracts or the conversion of preferred stock into common stock will be considered to be purchases or sales of common stock as of the date of the exercise or conversion.  Option premiums and the conversion price for preferred stock will be incorporated into the purchase/sale price of the common stock accordingly.

12. The Court has reserved jurisdiction to allow, disallow or adjust the claim of any Class Member on equitable grounds.

13. No cash payment will be made on a claim where the potential distribution is less than $10.00.

14. You must attach to your Proof of Claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in Mynaric ADS in order for your claim to be valid.  Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

If you have any questions or need additional Proofs of Claim, contact the Claims Administrator via the information set forth in Section A.  You may make photocopies of this form.

**Exhibit A-2**

*Torstorff v. Mynaric AG*

## PROOF OF CLAIM

**Must be received by the Claims Administrator postmarked no later than _____, 2025.**

## C. CLAIMANT IDENTIFICATION

*Please Type or Print*

_____
Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____
Joint Beneficial Owner's Name *(as it appears on your brokerage statement)*

_____
Street Address

_____        _____    _____
City                                                     State                    Zip Code

_____        _____
Foreign Province                                              Foreign Country

_____  **or**  _____
Last Four Digits of Social Security Number              Last Four Digits of Taxpayer Identification
                                                       Number

Specify one of the following:

Individual(s) _____        Corporation _____        IRA _____        UGMA Custodian _____

Partnership _____        Estate _____        Trust_____        Other: _____

_____        _____ (Day) _____        _____
(Evening) Area Code   Telephone Number              Area Code       Telephone Number

_____        _____
Facsimile Number                                        E-Mail Address

_____
Record Owner's Name and Address *(if different from beneficial owner listed above)*

3

**Exhibit A-2**

**D.  SCHEDULE OF TRANSACTIONS IN MYNARIC ADS**

1.  State the total number of Mynaric ADS held as of close of trading on June 19, 2024.  If none, write "zero" or "0." _____

2.  Separately list each and every **purchase** of Mynaric ADS between June 20, 2024 **through** October 7, 2024, inclusive, and provide the following information *(must be documented)*:

| Trade Date (list chronologically) Month/Day/Year | Number of Shares Purchased | Purchase / Acquisition Price Per Share | Total Amount of Purchase (excluding commissions, taxes and other fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3.  Separately list each and every **sale** of Mynaric ADS between June 20, 2024 **through** January 5, 2025, inclusive, and provide the following information *(must be documented)*:

| Trade Date (list chronologically) Month/Day/Year | Number of Shares Sold | Sale Price Per Share | Total Amount of Sale (excluding commissions, taxes and other fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

4.  State the **total number** of Mynaric ADS owned at the close of trading on October 7, 2024, long or short *(if none, enter "0"; if other than zero, must be documented)*: _____

**If you need additional space, attach the required information on separate, numbered sheets in the same format as above and print your name and last four digits of your Social Security or Taxpayer Identification Number at the top of each additional sheet.**

**YOU MUST ALSO READ THE RELEASE AND SIGN THE CERTIFICATION BELOW.**

**Exhibit A-2**

### E. **SUBMISSION TO JURISDICTION OF THE COURT**

By submitting this Proof of Claim and Release form, I/we, and every Class Member I/we represent, submit to the jurisdiction of the United States District Court for the Eastern District of New York for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation of Settlement. I/we further agree to be bound by the orders of the Court, agree that this Proof of Claim form, my/our status or the status of the Class Member(s) I/we represent as a Claimant and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

### F. **RELEASES, WARRANTIES, AND CERTIFICATION**

1    I (We) hereby warrant and represent that I am (we are) a Settlement Class Member as defined in the Notice, that I am (we are) not excluded from the Settlement Class, that I am (we are) not one of the "Released Defendants' Parties" as defined in the accompanying Notice.

2.    As a Settlement Class Member, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, and discharge with prejudice the Released Claims as to each and all of the Released Defendants' Parties (as these terms are defined in the accompanying Notice).  This release shall be of no force or effect unless and until the Court approves the Settlement and it becomes effective on the Effective Date.

3.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

4.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases, acquisitions and sales of Mynaric ADS that occurred during the Class Period and the number of securities held by me (us), to the extent requested.

5.    I (We) certify that I am (we are) NOT subject to backup tax withholding.  (If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the prior sentence.)  I declare under penalty of perjury under the laws of the United States of America that all of the foregoing information supplied on this Claim Form by the undersigned is true and correct.

Executed this _____ day of _____, 2025    in
_____. (City) (State/Country)

_____
Signature of Claimant

_____
(Print your name here)

_____
Signature of Joint Claimant, if any

_____
(Print your name here)

_____
Signature of person signing on behalf of Claimant

**Exhibit A-2**

_____

(Print your name here)

_____

Capacity of person signing on behalf of Claimant, if other than an individual (*e.g.*, Executor, President, Custodian, etc.)

**ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT
OF TIME.  THANK YOU FOR YOUR PATIENCE.**

**Reminder Checklist:**

1.    Remember to sign the above Release and Certification.

2.    Remember to attach only **copies** of acceptable supporting documentation.  Failure to provide all the acceptable documentation and transactions requested may result in the rejection of your claim in part or in full.

3.    Do not send originals of securities certificates.

4.    Keep copies of the completed claim form and documentation for your own records.

5.    The Claims Administrator will acknowledge the receipt of your Proof of Claim postcard within 60 days of receipt.  If you do not receive such acknowledgement within 60 days, please contact the Claims Administrator.  Your claim is not deemed filed unless a postcard is received.

6.    If your address changes in the future, or if these documents were sent to an old or incorrect address, please send us **written** notification of your new address.

7.    If you have any questions or concerns regarding your claim, please contact the Claims Administrator at: info@strategicclaims.net, 866-274-4004, or www.strategicclaims.net/mynaric/.