<u>**Exhibit A-3**</u>

**Pomerantz LLP Announces Proposed Class Action Settlement on Behalf of Purchasers of Mynaric AG American Depository Shares**

New York, NY __, 2025 [Wire Service]– Pomerantz LLP announces that the United States District Court for the Eastern District of New York has approved the following announcement of a proposed class action settlement that would benefit purchasers of Mynaric AG ("Mynaric") American Depository Shares ("ADS") (NASDAQ: MYNA):

**SUMMARY NOTICE OF PENDENCY OF CLASS ACTION, PROPOSED CLASS ACTION SETTLEMENT, FINAL APPROVAL HEARING, AND MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**To:    All persons or entities other than Defendants that purchased or otherwise acquired Mynaric ADS between June 20, 2024 and October 7, 2024, both dates inclusive.**

For avoidance of doubt, transactions in Mynaric ordinary shares are not part of this Settlement and cannot qualify a person to be a Settlement Class Member.  Excluded from the Settlement Class are all current and former officers, directors, and management and supervisory board members of Mynaric, Defendants herein, and the immediate family members of such persons.  Also excluded are all putative members of the Settlement Class who file a valid and timely request for exclusion.

YOU ARE HEREBY NOTIFIED, pursuant to Federal Rule of Civil Procedure 23 and an Order of the United States District Court for the Eastern District of New York, that the Court-appointed Lead Plaintiff Alex Torstorff, on behalf of himself and all members of the Settlement Class, and Mustafa Veziroglu, Stefan Berndt-von Bülow, and Mynaric AG (collectively, "Defendants"), have reached a proposed settlement of the claims in the above-captioned class action (the "Action") in the amount of $300,000.00 (the "Settlement"). Lead Plaintiff and Lead Counsel estimate that if all affected Mynaric ADS elect to participate in the Settlement, the average recovery per share could be approximately $0.1370, before deduction of any fees, expenses, costs, and awards as described in the Notice.

In exchange for the Settlement and the release of the Released Claims against the Released Defendants' Parties, Defendants have agreed to create a $300,000.00 cash fund, which may accrue interest, to be distributed, after deduction of Court-awarded attorneys' fees and litigation expenses, Notice and Administration Expenses, Taxes, and any other fees or expenses approved by the Court (the "Net Settlement Fund"), among all Settlement Class Members who submit valid Claim Forms and are found to be eligible to receive a distribution from the Net Settlement Fund ("Authorized Claimants").

A hearing will be held before the Honorable Kiyo A. Matsumoto on _____, 2025 at _____, in Courtroom 6B South of the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 (the "Settlement Hearing") to, among other things, consider whether: (i) the Settlement is fair, reasonable, and adequate, and should be approved; (ii) the proposed plan for allocating the proceeds of the Settlement (the "Plan of Allocation") to Settlement Class Members is fair and reasonable and should be approved; and (iii) Lead Counsel's application for attorneys' fees and expenses and Lead Plaintiff's award are reasonable and should be approved. This Notice describes important rights you may have and what steps you must take if you wish to participate in the Settlement, object, or be excluded from the Settlement Class. The Court may change the date of the Settlement Hearing, or hold it telephonically or via videoconference, without providing another notice. You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU ARE A MEMBER OF THE SETTLEMENT CLASS, YOUR RIGHTS WILL BE AFFECTED BY THE PROPOSED SETTLEMENT AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.** A full Notice and Claim Form can be obtained by visiting the website of the Claims Administrator, www.strategicclaims.net/mynaric/, or by contacting the Claims Administrator at:

Mynaric AG Securities Litigation

c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063
Toll-free: 1-866-274-4004
Email: info@strategicclaims.net

Inquiries, other than requests for the Notice/Claim Form or for information about the status of a claim, may also be made to Lead Counsel:

**POMERANTZ LLP**
Joshua B. Silverman
Diego Martinez-Krippner
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
312-377-1181
jbsilverman@pomlaw.com
dmartinezk@pomlaw.com

If you are a Settlement Class Member, to be eligible to share in the distribution of the Net Settlement Fund, you must submit a Claim Form ***postmarked, e-mailed, or submitted online no later than _____, 2025 to the Claims Administrator at the address above.*** If you are a Settlement Class Member and do not timely submit a valid Claim Form, you will not be eligible to share in the distribution of the Net Settlement Fund, but you will nevertheless be bound by all judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must mail a written request for exclusion in accordance with the instructions set forth in the Notice such that it is ***received no later than _____ to the Claims Administrator.*** If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court relating to the Settlement, whether favorable or unfavorable, and you will not be eligible to share in the distribution of the Net Settlement Fund.

Any objections to the proposed Settlement, Lead Counsel's Fee and Expense Application, Lead Plaintiff's request for an award, and/or the proposed Plan of Allocation must be filed with the Court, either by mail or in person, and be mailed to counsel for the Parties in accordance with the instructions in the Notice, such that they are ***received no later than _____, 2025***.

**PLEASE DO NOT CONTACT THE COURT, DEFENDANTS, OR DEFENDANTS' COUNSEL REGARDING THIS NOTICE.**

DATED: _____, 2025

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK