Mynaric AG Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

Case No. 1:24-cv-07602-KAM-CLP

**Forwarding Service Requested**

Case Pending in the United States District Court for the
Eastern District of New York

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal
rights.*

*Please read it carefully.*

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/MYNARIC/ FOR MORE INFORMATION.*

There has been a proposed Settlement of claims that Mynaric AG ("Mynaric") and certain officers and directors of Mynaric allegedly violated federal securities laws by disseminating materially false and misleading information to investors about Mynaric's business and revenue outlook for fiscal year 2024. Defendants deny any wrongdoing.

You have received this Postcard Notice because you or someone in your family may have purchased or otherwise acquired Mynaric American Depository Shares ("ADS") between June 20, 2024 and October 7, 2024, both dates inclusive.

Defendants have agreed to pay a Settlement Amount of $300,000.00. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, any award issued to Lead Plaintiff, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.strategicclaims.net/mynaric/.**

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.strategicclaims.net/mynaric/, or will be mailed to you upon request to the Claims Administrator (1-866-274-4004). **Claim Forms must be postmarked by _____, 2025**. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____, 2025, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by _____, 2025. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on _____, 2025, to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to one-third of the Settlement Fund in attorneys' fees, plus actual expenses up to $20,000.00, for litigating the case and negotiating the Settlement, and to consider whether to approve reimbursement of Lead Plaintiffs' costs and expenses related to their representation of the Class. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free 1-866-274-4004 or visit the website www.strategicclaims.net/mynaric/ and read the detailed Notice.

**Your Options:** You can file a claim, object to the Settlement, exclude yourself from the Settlement Class, or do nothing. Unless you exclude yourself from the Settlement Class, you will be bound by the Settlement and you will release any claims you may have against the Released Parties. More information, including how to object or exclude yourself, is contained in the Notice and the Claim Form.

**Deadlines:** Claims must be filed by: _____, 2025; Settlement objections must be received by _____, 2025; requests for exclusion from the Settlement Class must be received by _____, 2025, and the Court's Settlement Hearing on final approval of the Settlement is scheduled for _____, 2025.

**Lead Plaintiffs' Counsels' Representative**: The Claims Administrator, Strategic Claims Services, is available to answer questions concerning the Settlement or any matter contained in the Notice. You may contact the Claims Administrator by calling 1-866-274-4004, emailing info@strategicclaims.net, or writing to: Mynaric AG Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Suite 205, Media, PA 19063.