# Exhibit 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEX TROSTORFF, Individually and on Behalf of All Others Similarly Situation,<br><br>Plaintiff,<br><br>v.<br><br>MYNARIC AG, MUSTAFA VEZIROGLU, and STEFAN BERNDT-VON BÜLOW<br><br>Defendants. | Case No. 1:24-cv-07602-KAM-CLP |

**DECLARATION OF ALEXANDER TROSTORFF**

I, Alexander Trostorff, declare the following:

1. I am the lead plaintiff in the above-captioned matter. I submit this Declaration in support of: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Lead Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Lead Plaintiff, including the request that I receive an award of $5,000. I have personal knowledge of the facts described herein and would testify to those facts if called to do so.

2. I am 37 years old, live in New Orleans, Louisiana, and am a self-employed investor.

3. I have been involved in this Action since submitting a certification and filing the initial complaint in this Action in October 2024. During that time, I have worked with lead counsel Pomerantz LLP and additional counsel Bronstein, Gewirtz & Grossman, LLC (collectively, "Counsel"), on all aspects of this litigation to monitor and contribute to the successful prosecution of this Action, and received regular updates from Counsel on case developments. I always made

myself available to Counsel and was regularly updated about this litigation and its developments. The various tasks I performed included:

a. Analyzing whether to participate as a representative plaintiff, including review of initiating documents, consideration of damage estimates, and consultation with Counsel regarding the responsibilities of serving as a representative plaintiff;

b. Reviewing and discussing with Counsel the lead plaintiff moving papers;

c. Gathering case-related documents as requested by Counsel;

d. Reviewing and discussing with Counsel a potential amended complaint;

e. Discussing the factual and legal strengths and weaknesses with Counsel;

f. Discussing settlement authority, settlement timing, settlement negotiations, and the settlement with Counsel;

g. Reviewing the motion for preliminary approval and supporting papers; and

h. Consulting with Counsel regarding the anticipated relief to be sought in: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Lead Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Lead Plaintiff.

4. I have done my best to promote the interests of the Settlement Class and to obtain the best recovery possible under the circumstances.

5. I understand that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the PSLRA. While performing all of the work I conducted in this Action for the direct benefit of the Settlement Class, I diverted time that I could have otherwise spent

investing or on other activities, and thus the time spent to directly benefit the Settlement Class represented a cost to me. I respectfully request reimbursement in the amount of $5,000 for the time devoted to participating in this Action. It is my belief that this request for reimbursement is fair and reasonable and that the time and effort devoted to this litigation was necessary to help achieve an excellent result for the Settlement Class under the circumstances.

6. While I understand that the ultimate determination of counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I note that the request of one-third (33 1/3%) of the Net Settlement Fund is consistent with the retainer agreement I signed in connection with this litigation, and I believe that amount is fair and reasonable in light of the work performed on behalf of the Settlement Class, and the result achieved.

7. In conclusion, I endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Settlement Class. Accordingly, I respectfully request that the Court approve: (i) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Lead Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Lead Plaintiff.

[*remainder of page intentionally blank*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12___ day of August, 2025

Signed by:

49ACC7790F0549E...

Alexander Trostorff